**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Steven M. Dick v. City of Chicago, Illinois, et al | FILED: AUGUST 13, 2008<br>08CV4586<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE BROWN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Steven M. Dick                          CEM

| NAME (Type or print) |
|---|
| Joel W. Ostrander |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Joel W. Ostrander |
| FIRM |
| Law Offices of Joel W. Ostrander |
| STREET ADDRESS |
| 617 Wesley Ave |
| CITY/STATE/ZIP |
| Oak Park IL  60304 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 02123878 | 708-383-2112 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ✔          APPOINTED COUNSEL ☐