# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Lauren Ellwood

                        Plaintiff,

v.                                       Case No.: 1:08–cv–04586

                                       Honorable Joan B. Gottschall

The City of Chicago, Illinois, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 20, 2014:

      MINUTE entry before the Honorable Geraldine Soat Brown: Settlement conference held. A binding settlement agreement has been reached. Parties are consenting to the jurisdiction of the magistrate judge. Status hearing set for 8/5/14 at 9:45 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 8/5/14. All matters relating to the referral of this action having been concluded, the referral is closed and the case is returned to the assigned judge. Notices mailed by Judicial Staff. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.