UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**FILED**
MAY 20 2014
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

Case Title: Ellwood v. The City of Chicago, et al.

Case Number: 08 C 4586

Assigned Judge: Gottschall

Designated Magistrate Judge: Brown

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72.1, the undersigned may object within 21 days of such reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending. If no objection has been filed within 21 days, the parties will be deemed to have consented to the reassignment.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 5/20/14 | [signature] | City of Chicago and all defendant officers |
| 5-20-14 | [signature] | attorney for plaintiff |
| 5-20-14 | [signature] | [illegible] |
| | | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.