# United States District Court
## Northern District of Illinois

In the Matter of

Lauren Ellwood

Magistrate Judge Geraldine Soat Brown

v.

Case No. 08-CV-4586

The City of Chicago, Illinois et al

### TRANSFER OF CASE
### FOR A REASSIGNMENT TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. IT IS HEREBY ORDERED that this case be reassigned to the calendar of Magistrate Judge Geraldine Soat Brown pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated below.

_____
**Judge Joan B. Gottschall**

Date: Wednesday, May 21, 2014

**Parties have consented to have the designated magistrate judge conduct:**

- Any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(B).

**The content of the consent is specified in the following manner:**

- Filed on the docket of this case.